

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00032-CR

**SILAS ALAN HAYES,**

                                                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                      **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2016-1140-C2**

## MEMORANDUM OPINION

Silas Alan Hayes appealed his conviction for aggravated robbery.  *See* TEX. PENAL

CODE ANN. § 29.03 (West 2011).  Hayes has now filed an agreed motion to dismiss his

appeal which Hayes, his counsel, the State, and the trial court have signed.

Accordingly, the motion to dismiss is granted, and the appeal is dismissed.  *See*

TEX. R. APP. P. 42.2(a).

                                                                TOM GRAY
                                                                Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Appeal dismissed
Opinion delivered and filed March 7, 2018
Do not publish
[CR25]

